UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OTTO CANDIES, LLC | CIVIL ACTION NO. |
| VERSUS | SECTION " " |
| ASPEN INSURANCE COMPANY LTD. | DIVISION (   ) |

# COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Otto Candies, LLC ("Otto Candies"), and for its complaint against Aspen Insurance Company Ltd. ("Aspen"), alleges with respect as follows:

1.

Plaintiff, Otto Candies, LLC, is a limited liability company organized and existing under the laws of Louisiana, which maintains its principal place of business in des Allemands, Louisiana.

2.

Defendant, Aspen Insurance Company Ltd., is an insurance company organized and existing under the laws of the United Kingdom, which upon information and belief maintains its principal business establishment in London, England.

-1-

3.

At all material times, Aspen was the liability insurer of Trico Marine Operators, Inc. and Trico Marine Assets, Inc. ("Trico") and Trico's vessel EAGLE RIVER.

4.

Jurisdiction lies under 28 U.S.C. §1333, as this matter concerns an allision in navigable waters and the enforcement of a marine insurance policy.

5.

Venue is proper as the underlying loss occurred within this jurisdiction and as the relevant insurance policy was on information and belief delivered within this jurisdiction.

6.

Otto Candies, LLC is owed insurance coverage by Aspen under a policy of liability insurance issued by Aspen to Trico.

7.

Otto Candies entered into an agreement with Trico to supply crews for certain Trico vessels. In this contract, Trico agreed "to defend, indemnify and hold harmless Candies . . . from and against any and all claims, demands, or suits . . . arising from . . . the work to be performed under this Agreement or in any way related to the operation of the vessels, irrespective whether such claims, demands or suits are . . . caused in whole or part by the negligence, fault or strict liability of the Indemnified Parties or by the unseaworthiness of any craft . . . ."

8.

Under the contract, Trico also promised to obtain liability insurance covering the relevant vessel operations and naming Otto Candies as an additional insured entitled to coverage under the policy.

9.

On or about March 29, 2006, while operating in the Gulf of Mexico under the Trico-Otto Candies agreement, EAGLE RIVER allided with the leg of the Liftboat NICOLE EYMARD. At the time, L/B NICOLE EYMARD was working for Exxon. As a result of the allision and associated downtime, Exxon claims damages of roughly $750,000.

10.

Exxon has commenced an arbitration against Otto Candies, seeking recovery from Otto Candies of these alleged damages.

11.

At all relevant times, Otto Candies was covered as an additional insured under a policy of marine protection-and-indemnity insurance issued by Aspen to Trico, covering the operations of EAGLE RIVER. As an insured under the Aspen policy, Otto Candies is entitled to insurance coverage from Aspen for its defense costs and liability to Exxon.

12.

Aspen is also directly liable to Otto Candies in Aspen's capacity as insurer of Trico. On information and belief, Aspen owes coverage to Trico for its contractual obligation to

defend and indemnify Otto Candies with respect to any liabilities arising from the operation of the EAGLE RIVER. Under the Louisiana direct-action statute, Aspen is thus directly liable to Otto Candies for Trico's contractually-assumed obligation to defend and indemnify Otto Candies against Exxon's claim.

13.

Otto Candies has amicably tendered its defense and made a request for indemnity to Trico and its underwriters, but to no avail.

14.

As a result of the contractual breaches of Trico and Aspen and the failure of Aspen to acknowledge its coverage obligations, Otto Candies has incurred and will continue to incur damages in the form of its past and ongoing defense costs and any liability to Exxon.

WHEREFORE, the premises considered, Otto Candies respectfully prays that:

1. This Complaint be served upon Aspen, together with a summons, requiring it to answer in full the allegations herein;

2. After due proceedings, judgment be entered in favor of Otto Candies and against Aspen, declaring that Aspen owes Otto Candies insurance coverage in respect of the claims brought against it by Exxon for the full amount of any damages assessed against Otto Candies, plus its attorneys' fees, interest and costs; and

3. That Otto Candies be awarded such other relief as it is entitled to receive in law or equity.

        Respectfully submitted,

        */s/Alfred J. Rufty III*
        ALFRED J. RUFTY, III (#19990)
        RUFUS C. HARRIS, III (#6638)
        CINDY GALPIN MARTIN (#25159)
        JILL S. WILLHOFT (#28990)
        HARRIS & RUFTY, L.L.C.
        650 Poydras Street, Suite 2710
        New Orleans, Louisiana 70130
        Telephone: (504) 525-7500
        Attorneys for Otto Candies, LLC

PLEASE SERVE:

Aspen Insurance Company Ltd.,
Through their Agent for Service of Process,
Mendes & Mount
750 Seventh Avenue
New York, NY 10019-6829

G:\Data\EAGLE RIVER\P\Aspen Lawsuit\Complaint - Aspen.wpd